AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| Mattia Doyle, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Beech-Nut Nutrition Company | ) |
| *Defendant* | ) |

Case No.    1:21-cv-00186-TJM-CFH

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Beech-Nut Nutrition Company                                                                    .

Date:     02/26/2021

/s/ Kathleen E. McCarthy
*Attorney's signature*

Kathleen E. McCarthy (NY-2125722)
*Printed name and bar number*

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

*Address*

kmccarthy@kslaw.com
*E-mail address*

(212) 556-2345
*Telephone number*

(212) 556-2222
*FAX number*